**YU | MOHANDESI LLP**

**Brett B. Goodman** (SBN 260899)
213.374.3543 | bgoodman@yumollp.com
**Sheri Guerami** (SBN 265231)
213.418.9340 | sguerami@yumollp.com
633 West Fifth Street, Suite 2800
Los Angeles, CA 90071
213.377.5501 Facsimile

Attorneys for Defendant
Southwest Credit Systems, LP

SUPERIOR COURT FOR THE STATE OF CALIFORNIA

COUNTY OF FRESNO

SMALL CLAIMS DIVISION

| | |
|---|---|
| SOPHIA ZAPATA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>SOUTHWEST CREDIT SYSTEMS, LP,<br><br>　　　　Defendant. | Case No.: 1:17-at-00747<br><br>[Removal from the Superior Court of California for the County of Fresno, Small Claims Division, Case No. 17CESC01832]<br><br>**DEFENDANT SOUTHWEST CREDIT SYSTEMS, LP'S NOTICE OF INTERESTED PARTIES** |

The undersigned, counsel of record for Defendant Southwest Credit Systems, LP, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

Southwest Credit Systems, LP has no publicly held parent company and there are no publicly held companies that hold a ten percent (10%) or more ownership interest in Southwest Credit Systems, LP.

DATED: October 4, 2017

YU | MOHANDESI LLP

By _____
Brett B. Goodman
Sheri Guerami
Attorneys for Defendant
Southwest Credit Systems, LP

# CERTIFICATE OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Yu | Mohandesi LLP, 633 West Fifth Street, Suite 2800, Los Angeles, CA 90071. On October 4, 2017, I served the following document(s) by the method indicated below:

**DEFENDANT SOUTHWEST CREDIT SYSTEMS, LP'S NOTICE OF INTEREST PARTIES**

|   | |
|---|---|
|   | by transmitting via facsimile on this date the document(s) listed above to the fax number(s) set forth below. The transmission was completed before 5:00 p.m. and was reported complete and without error. Service by fax was ordered by the Court. |
| X | by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below. I am readily familiar with the firm's practice of collection and processing of correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. |
|   | by placing the document(s) listed above in a sealed envelope(s) and by causing personal delivery of the envelope(s) to the person(s) at the address(es) set forth below. |
|   | by having the document(s) listed above hand-delivered to the person(s) at the address(es) set forth below. |
|   | by placing the document(s) listed above in a sealed envelope(s) and consigning it to an express mail service for guaranteed delivery on the next business to the address(es) set forth below. |
|   | by emailing the document(s) listed above to the person(s) at the address(es) set forth below. |

<u>*Plaintiff*</u>

Sophia Zapata
195 N. Coventry Ave., #203
Clovis, CA 93611

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on October 4, 2017, at Los Angeles County, California.

_____
Diana Choe