1 Sophia Zapata "PRO SE"
2 195 N. Coventry Ave. Apt#203
  Clovis CA. 93611
3 Phone:(559) 614-4972



FILED
OCT 12 2017
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Sophia Zapata,<br><br>    Plaintiff,<br><br>v<br><br>Southwest Credit Group,<br><br>    Defendant. | Case No.: 1:17-cv-01333-LJO-SKO<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

    PLEASE TAKE NOTICE that Plaintiff SOPHIA ZAPATA ("Plaintiff") pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismisses *without prejudice* the above-entitled action against Defendant Southwest Credit Group. The notice of dismissal is being filed with the Court before service by Defendant of either an answer or a motion for summary judgment.

Dated: October 11, 2017

_____
Sophia Zapata

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE—Case No. 1:17-cv-01333-LJO-SKO

## CERTIFICATE OF SERVICE

I, Sophia Zapata, the Plaintiff in this action certify that on October 11, 2017, I served the above and foregoing Plaintiff's Notice of Voluntary Dismissal Without Prejudice Pursuant to Federal Rule of Civil Procedure 41(a)(1), by causing true and accurate copies of such paper to be filed USPS first class mail to the person shown below on this the 11th day of October, 2017.

**Brett Brandon Goodman**
Yu Mohandesi LLP
633 West Fifth Street Suit 2800
Los Angeles, CA. 90071
(213) 375-3543

Dated: October 11, 2017

_____
Sophia Zapata