**YU | MOHANDESI LLP**

**Brett B. Goodman** (SBN 260899)
213.374.3543 | bgoodman@yumollp.com
**Sheri Guerami** (SBN 265231)
213.418.9340 | sguerami@yumollp.com
633 West Fifth Street, Suite 2800
Los Angeles, CA 90071
213.377.5501 Facsimile

Attorneys for Defendant
Southwest Credit Systems, LP

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOPHIA ZAPATA,<br><br>   Plaintiff,<br><br>vs.<br><br>SOUTHWEST CREDIT SYSTEMS, LP,<br><br>   Defendant. | Case No.: 1:17-cv-01333-LJO-SKO<br><br>**JOINT STIPULATION TO DISMISS**<br><br>The Honorable Lawrence J. O'Neill |

YU | MOHANDESI LLP
633 West Fifth Street, Suite 2800
Los Angeles, CA 90071

Plaintiff Sophia Zapata ("Plaintiff"), and defendant Southwest Credit Systems, LP ("Defendant") (collectively the "Parties"), hereby stipulate to dismiss this action with prejudice in its entirety pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The Parties will bear their own costs, attorneys' fees, and all other expenses incurred in connection with this action.

DATED: January 8, 2018

Sophia Zapata

By /s/ Sophia Zapata
Sophia Zapata
Plaintiff In Pro Se

DATED: January 12, 2018

YU | MOHANDESI LLP

By   /s/
Brett B. Goodman
Attorneys for Defendant
Southwest Credit Systems, LP

– 2 –
JOINT STIPULATION TO DISMISS

Plaintiff Sophia Zapata ("Plaintiff"), and defendant Southwest Credit Systems, LP ("Defendant") (collectively the "Parties"), hereby stipulate to dismiss this action with prejudice in its entirety pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  The Parties will bear their own costs, attorneys' fees, and all other expenses incurred in connection with this action.

DATED: January 8, 2018

Sophia Zapata

By _____
Sophia Zapata
Plaintiff In Pro Se

DATED: January 16, 2018

YU | MOHANDESI LLP

By  */s/ Brett B. Goodman*
Brett B. Goodman
Attorneys for Defendant
Southwest Credit Systems, LP

## CERTIFICATE OF SERVICE

I certify that on January 16, 2018, a copy of the foregoing was filed and served electronically in the ECF system.  Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system as described below.  Parties may access this filing through the Court's system. A copy of the foregoing was also mailed via United States Postal Service to the following non-ECF participant:

***Plaintiff Sophia Zapata***
Sophia Zapata
195 N. Coventry Avenue, #203
Clovis, CA 93611

DATED:  January 16, 2018

           By */s/ Brett B. Goodman*
             Brett B. Goodman