**YU | MOHANDESI LLP**

**Brett B. Goodman** (SBN 260899)
213.374.3543 | bgoodman@yumollp.com
**Sheri Guerami** (SBN 265231)
213.418.9340 | sguerami@yumollp.com
633 West Fifth Street, Suite 2800
Los Angeles, CA 90071
213.377.5501 Facsimile

Attorneys for Defendant
Southwest Credit Systems, LP

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOPHIA ZAPATA,<br><br>             Plaintiff,<br><br>          vs.<br><br>SOUTHWEST CREDIT SYSTEMS, LP,<br><br>             Defendant. | Case No.: 1:17-cv-01333-LJO-SKO<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO DISMISS**<br><br>The Honorable Lawrence J. O'Neill |

*YU | MOHANDESI LLP*
*633 West Fifth Street, Suite 2800*
*Los Angeles, CA 90071*

Having considered the parties' joint stipulation, IT IS HEREBY ORDERED that this action is dismissed WITH PREJUDICE pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).  Each party shall bear its own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: _____, 2018    _____

LAWRENCE J. O'NEILL
UNITED STATES DISTRICT JUDGE

YU | MOHANDESI LLP
633 West Fifth Street, Suite 2800
Los Angeles, CA 90071

# CERTIFICATE OF SERVICE

I certify that on January 16, 2018, a copy of the foregoing was filed and served electronically in the ECF system.  Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system as described below.  Parties may access this filing through the Court's system. A copy of the foregoing was also mailed via United States Postal Service to the following non-ECF participant:

**_Plaintiff Sophia Zapata_**
Sophia Zapata
195 N. Coventry Avenue, #203
Clovis, CA 93611

DATED:  January 16, 2018

By  _/s/ Brett B. Goodman_
Brett B. Goodman