UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOPHIA ZAPATA,<br><br>   Plaintiff,<br><br>v.<br><br>SOUTHWEST CREDIT SYSTEMS, LP,<br><br>   Defendant. | No. 1:17-CV-01333-LJO-SKO<br><br>**ORDER DIRECTING THE CLERK OF THE COURT TO CLOSE THE CASE**<br><br>(Doc. 9) |

On January 16, 2018, the parties filed a Joint Stipulation to Dismiss (Doc. 9), seeking to dismiss this action with prejudice, and with the parties bearing their own costs, attorney's fees, and all other expenses incurred in connection with the action.

Accordingly, this action has been dismissed with prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and the parties will bear their own respective costs and expenses. The Scheduling Conference currently set for January 25, 2018, before the undersigned is hereby VACATED, and the Court DIRECTS the Clerk to close this case.

IT IS SO ORDERED.

Dated:  **January 17, 2018**              /s/ *Sheila K. Oberto*
                                                          UNITED STATES MAGISTRATE JUDGE

1